| | |
|---|---|
| **From:** | Melinda Driscoll |
| **To:** | Chad Adams; Hallee Frandsen |
| **Subject:** | Scheduling Conference Today |
| **Date:** | Wednesday, July 27, 2022 10:10:09 AM |

Hi Chad & Hallee!

Hope you guys are doing well. First off, thanks for sending your expert report on the 25th. I haven't reviewed it yet, and I won't before we've had the chance to confer further.

Chad, I just left you a VM, and am following up with basically the same message here. I believe Toole County has working video footage, so we can send a request and/or subpoena to them. I'm guessing both experts would ideally want to review the footage before finalizing reports. With that in mind, what are your thoughts on a general 3-month extension of all pending dates (including CoreCivic's expert report)? Feel free to call my cell at 406-794-1448 if you'd like to discuss before 11:00.

Thanks!

Mindi

Melinda A. Driscoll | Attorney
FRED LAW FIRM & ASSOCIATES, PLLC
214 N. 24th Street
P.O. Box 2157
Billings, MT 59103
(O): 406.294.8396
(F): 406.294.8398
mdriscoll@fredlawfirm.com

NOTICE: This electronic mail transmission may constitute an Attorney-Client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling Fred Law Firm & Associates, PLLC, 406-294-8396, so that our address record can be corrected.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**Exhibit C**