Melinda A. Driscoll
Fᴿᴇᴅ Lᴀᴡ Fɪʀᴍ, PLLC
214 N. 24th Street
P.O. Box 2157
Billings, MT 59103
406.294.8396 (T)
406.294.8398 (F)
mdriscoll@fredlawfirm.com

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| NATHANIEL LAKE, | Case No. 4:21-cv-00116-BMM-JTJ |
| Plaintiff, | |
| v. | **PLAINTIFF'S FIRST COMBINED DISCOVERY RESPONSES AND SUPPLEMENT TO INITIAL DISCLOSURES** |
| CORECIVIC, INC. d/b/a CROSSROADS CORRECTIONAL CENTER; WARDEN PAT MCTIGHE; TODD HORN and DOES 1-10, | |
| Defendants. | |

## I.     FIRST DISCOVERY RESPONSES

Plaintiff Nathaniel Lake, by and through his attorney, responds to Defendants'

First Combined Discovery Requests, in writing and under oath, in accordance with

Rules 26, 33, 34, and 36 of the Federal Rules of Civil Procedure.

1

**Exhibit E**

**INTERROGATORY NO. 1:** Please identify all persons who were involved in any manner in providing your responses to these discovery requests.

**ANSWER:** Plaintiff received assistance from his attorney of record, step-father, Kevin Lensman, and care planner, Jennifer Crowley, BSN, RN, CLCP, CDP, CADDCT, CMC.

**INTERROGATORY NO. 2:** Please identify specifically and in detail all injuries which you contend were caused by any of the CoreCivic Defendants in this matter. For each injury, please specify who you contend caused the injury, the exact manner in which such injury was caused, the date and time the injury was caused, and whether the injury is ongoing or has resolved (and if resolved, identify when and how the injury resolved).

**ANSWER:** Plaintiff objects to the extent that Interrogatory Number 2 calls for legal conclusions and/or expert opinions. Moreover, Plaintiff has no memory of the September 17, 2018 attack, and he presently only knows the facts as detailed in CoreCivic's reports. These objections notwithstanding, Plaintiff generally advises that he was attacked by an inmate while he was in the care and custody of CoreCivic. As a result, Plaintiff was hospitalized at Great Falls Benefis from September 17, 2018 until January 30, 2019. He was comatose for much of his hospital stay, and underwent extensive medical and rehabilitative care. He

remains significantly physically and mentally impaired.

**REQUEST FOR PRODUCTION NO. 1:** Please produce all documents and tangible things which relate to the injuries you identified in response to Interrogatory No. 2.

**RESPONSE:** Please refer to Plaintiff's Initial Production at Bates 000006-000244. Plaintiff's Benefis records number around 5,000 pages. In effort to save substantial costs, Plaintiff has requested that all electronically-stored Benefis records be sent to him directly, and he will forward the records to counsel. Plaintiff will supplement/refresh his medical records as soon as they are available.

**INTERROGATORY NO. 3:** Identify all damages you contend resulted from the actions or omissions of any of the CoreCivic Defendants in this matter. For each category of damages you identify, please identify the monetary amount of damages, the method of calculating such damages, and the facts which you contend support you claim for that category of damages. This interrogatory is intended to include, but is not limited to, identification of all wage loss, emotional distress, pain and suffering, and medical bills.

**ANSWER:** Plaintiff objects to this discovery request, to the extent that answering would require him to assess damages which are more appropriately in the province of the jury. Objection notwithstanding, Plaintiff seeks both special and

general damages. Special damages are ongoing, and have not been fully assessed. Plaintiff will also seek compensation for his pain, suffering, emotional distress, fear, and humiliation. Facts supporting these claims for damages are detailed in Plaintiff's Complaint and ongoing medical records, all to be supplemented as Discovery progresses. At trial, Plaintiff will request that the jury include a reasonable amount for compensation to Plaintiff for the damages he has incurred. Plaintiff's opinions regarding the value of the case, which are speculative opinion, will be shared with the Defendant and his insurer in confidential settlement negotiation. Plaintiff reserves the right to suggest an amount of damages to the jury, after all evidence has been presented at trial.

**REQUEST FOR PRODUCTION NO. 2:** Please produce all documents upon which you rely in support of your claims for damages, including but not limited to all receipts, invoices, statements, etc. which support your damages claims.

**RESPONSE:** Please refer to Plaintiff's Initial Production at Bates 000006-000244. Plaintiff will supplement upon receipt of additional health records.

**INTERROGATORY NO. 4:** Please identify each medical provider, including name, address, and telephone number who treated you for the specific conditions alleged in Your complaint or in subsequent pleadings. For each

provider identified, please provide a brief summary of the treatment sought and obtained including dates of treatment provided.

**RESPONSE:** Please refer to Plaintiff's Initial Production at Bates 000006-000244. Plaintiff will supplement upon receipt of additional health records.

**INTERROGATORY NO. 5:** Please identify all medical and/or healthcare providers you have been treated by for any purpose during the past 10 years, and please provide a brief summary of the treatment sought and obtained including dates of treatment provided.

**ANSWER:** Plaintiff received stitches in a hospital near Eureka, Oregon (in Baker County) after being struck with a fence post. Plaintiff does not recall the date, provider, or the name of the facility. However, he believes it occurred in roughly the past year. Counsel has identified only two medical facilities in Baker County, Oregon: Saint Alphonsus Medical Center and Saint Luke's Clinic, both located in Baker City, Oregon. As to additional care received in the last ten years, please refer to Plaintiff's Initial Production at Bates 000006-000244. Plaintiff will supplement upon receipt of additional health records.

**INTERROGATORY NO. 6:** Please identify all mental health care providers you have consulted with or otherwise obtained any care from in the past 20 years. For each provider, please provide a brief summary of the care sought including dates such care was provided.

**ANSWER:** Plaintiff received some mental health and case management services at Missoula's Western Montana Mental Health Center between calendar years 2012 and 2014. He does not recall providers' names, the scope of services, or whether there was a specific diagnosis made.

**REQUEST FOR PRODUCTION NO. 3:** Please produce all medical records, including mental health records, from the providers identified in response to Interrogatory Nos. 4 and 5 and 6, or if you do not have these documents in your possession, please execute the attached release of medical information which will allow CoreCivic Defendants to obtain these medical records.

**RESPONSE:** Executed releases for Benefis Hospital; Western Montana Mental Health Center; Saint Alphonsus Medical Center; and Saint Luke's Clinic are en route with Plaintiff's sworn verification.

**INTERROGATORY NO. 7:** Please identify all medical concerns, conditions and ailments that you allege you continue to suffer as a result of the altercation which you allege in your Complaint occurred on or about September 17, 2018 at Crossroads Correctional Center, and for each please identify specifically what treatment you have sought for each.

**ANSWER:** Please refer to Plaintiff's Initial Production at Bates 000006-000244. Plaintiff will supplement upon receipt of additional health records.

**REQUEST FOR PRODUCTION NO. 4:** Please produce all documents showing or otherwise related to the medical concerns, conditions and ailments you identified in response to Interrogatory No. 7 and treatment for each.

**RESPONSE:** Please refer to Plaintiff's Initial Production at Bates 000006-000244. Plaintiff will supplement upon receipt of additional health records.

**INTERROGATORY NO. 8:** Please identify with particularity, and separately for each CoreCivic Defendant, all facts which you contend support your claim for punitive damages.

**ANSWER:** Plaintiff has not fully assessed punitive liability, and will supplement his response as Discovery becomes available.

**REQUEST FOR PRODUCTION NO. 5:** Please produce all documents showing medical expenses you have incurred as a result of the altercation you allege occurred on or about September 17, 2018 at Crossroads Correctional Center.

**RESPONSE:** Please refer to Plaintiff's Initial Production at Bates 000006-000244. Plaintiff will supplement upon receipt of additional health records.

**INTERROGATORY NO. 9:** Please describe what alleged permanent physical and mental effects (i.e., speech, gait, and memory impairment) you

continue to suffer from relating to the altercation that you allege occurred on or about September 17, 2018 at Crossroads Correctional Center.

**ANSWER:** Plaintiff objects to the extent that Interrogatory No. 9 calls for legal conclusions and/or expert opinions. **Objections notwithstanding,** please refer to Plaintiff's Initial Production at Bates 000191-000244. Plaintiff will supplement upon receipt of additional health records.

**REQUEST FOR PRODUCTION NO. 6:** Please produce all medical records relating to your alleged permanent physical and mental effects as a result of the altercation you allege occurred on or about September 17, 2018 at Crossroads Correctional Center.

**RESPONSE:** Please refer to Plaintiff's Initial Production at Bates 000191-000244. Plaintiff will supplement upon receipt of additional health records.

**INTERROGATORY NO. 10:** Please describe what continued medical care and any other treatment you are receiving related to your alleged permanent physical and mental effects relating to the altercation that you allege occurred on or about September 17, 2018 at Crossroads Correctional Center.

**ANSWER:** Plaintiff objects to the extent that Interrogatory No. 10 calls for legal conclusions and/or expert opinions. **Objections notwithstanding,** please refer to Plaintiff's Initial Production at Bates 000191-000244. Plaintiff will supplement upon receipt of additional health records.

**REQUEST FOR PRODUCTION NO. 7:**  Please produce all documents relating to the continued care you are allegedly receiving as a result of the altercation you allege occurred on or about September 17, 2018 at Crossroads Correctional Center.

**RESPONSE:** Please refer to Plaintiff's Initial Production at Bates 000191-000244. Plaintiff will supplement upon receipt of additional health records.

**INTERROGATORY NO. 11:** Please state with particularity the medical care, mental health care and any other treatment or care you expect to obtain in the future which you claim arises from the altercation you allege occurred on or about September 17, 2018 at Crossroads Correctional Center.

**RESPONSE:**  Plaintiff objects to the extent that Interrogatory No. 10 calls for legal conclusions and/or expert opinions. Objections notwithstanding, Plaintiff's care plan is anticipated to include long-term physical therapy, speech therapy, occupational therapy, and other supportive services.

**REQUEST FOR PRODUCTION NO. 8:**  Please produce for copying and inspection all documents which support your response to the preceding interrogatory regarding future medical, mental health or other care.

**RESPONSE:**

Please refer to Plaintiff's Initial Production at Bates 000191-000244. Plaintiff will supplement upon receipt of additional health records.

**INTERROGATORY NO. 12:** Please state with particularity your educational background, including what schools you have attended, the dates of attendance, and your highest degree obtained. Please also identify any other education or workforce training you have attended and whether and when it was completed.

**ANSWER:** Plaintiff attended Frenchtown High School from approximately 1996 to 2000 – highest completed education is high school diploma. He has attended some college at the University of Montana, where he studied chemistry. He has not completed or attended any technical schooling, but he has variously received on-the-job training.

**REQUEST FOR PRODUCTION NO. 9:** Please produce for copying and inspection all records reflecting your highest degree obtained, whether it be high school or college and any grades received from such institution.

**RESPONSE:** Plaintiff's University of Montana transcripts are being ordered, and will be supplemented upon receipt.

**INTERROGATORY NO. 13:** Please state your complete employment history. For each employment you have had, identify your employer, the dates of employment, your job duties, your reasons for terminating such employment, and identify your direct supervisor.

**ANSWER:** Plaintiff is not certain about dates of employment, but to the

best of his recollection his employment history is as follows:

1) Jellystone Park, 1997-1998, worked on lawn crew. Supervisor: Tom Mallum. Reason for leaving: went on to other opportunities.

2) Granny's Buffet, 1998 to 1999, food service. Supervisor: Judy. Reason for leaving: found new opportunity.

3) Miller Creek Reforestation Project, 1998-2003, brush removal. Supervisor: Mark Alber. Reason for leaving:  laid off.

4) Rainmaker Lawn Sprinklers. Underground sprinkler installations from 2005 until 2010. Supervisor: Reason for leaving: laid off for season; didn't return.

5) Plaintiff was also employed with a traveling magazine crew after high school. Plaintiff does not recall the name of the company or supervisor, or dates of employment. Reason for leaving: employment was unstable.

All employment, except for the magazine crew, was based out of Missoula, Montana.

## II.   SUPPLEMENTAL INITIAL DISCLOSURE

Plaintiff further supplements his Initial Disclosure (i) to include the following parties with relevant information:

| Name | Contact | Basis of Knowledge |
|---|---|---|
| Capt. Kenny Sanders | 18391 Rodessa Cemetery Road Rodessa, LA 71069 | Correctional practices expert – CV attached |

| | (318) 223-4753<br>kmsandbox@centurylink.net | at Bates 245-255 |
|---|---|---|
| Jennifer Crowley | 14 3rd Street East, Ste. 220<br>Kalispell, MT 59901<br>(406) 752-5821<br>Eagleviewwestltc1@gmail.com | Case manager and long-term care planner, coordinating with Plaintiff and his providers – CV attached at Bates 256-259. |

Dated this 3rd day of August, 2022.


F R E D   L A W   F I R M ,   P L L C

/s/ Melinda A. Driscoll
Melinda A. Driscoll
*Attorney for Plaintiff*

12

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of the above and foregoing were duly served upon each of the following parties or their counsel, via electronic mail, on the 3rd day of August, 2022, addressed as follows:

Chad E. Adams
Hallee C. Frandsen
Browning, Kaleczyc, Berry & Hoven, P.C.
800 N. Last Chance Gulch, Suite 101
P.O. Box 1697
Helena, MT  59624
Telephone: (406) 443-6820
Facsimile:  (406) 443-6883
chad@bkbh.com
hallee@bkbh.com

*Attorneys for CoreCivic Defendants*

/s/ Melinda Driscoll
*Attorney for Plaintiff*

## *CV - Resume*
# Capt. Kenneth M. Sanders

*Home Address:*                                        *Business Address:*
Rodessa, LA                                             Rodessa, LA

Home Phone:                                            Cell Phone:
*CLASSIFIED*                                            (318) 584-9954

| *PERSONAL INFORMATION* |
| --- |

Year of Birth:  1959                    Marital status: Married, one adult daughter
Place of birth: Coushatta, LA           Height: 5' 9"
Weight: 195                             Health: OK
Leisure interests: Camping, backpacking, woodcarving, canoeing & fly-fishing.

| *EDUCATION* |
| --- |

Riverdale Academy, Coushatta, LA:  Graduated 1977
Northwestern State University, Natchitoches, LA:  August 1977 to December 1981.
Texas A&M University, College Station, TX.:  January 1982 to June 1982.
Northwestern State University, Natchitoches, LA:  August 1982 to December 1983.
Bossier Parish Community College, Bossier City, LA:  Nov. 1985 to Nov. 1987.

| *DEGREES AND GRADUATE WORK* |
| --- |

Northwestern State University**:**
- B.S. in Engineering Technology.
- Specialties in Metals Technology with emphasis on Manufacturing, Metallurgy, Industrial Safety, Engineering Physics, and Industrial Management.
- Graduated with top honors.

Texas A&M University Graduate School**:**
- Graduate work in Engineering Physics, Automated Manufacturing, Industrial Materials, Industrial Processes, Engineering Management, Non-Destructive Testing, and Management Decision Making.  Worked as an assistant to Senior Professor of Foundry Metallurgy.

Northwestern State University Graduate School:
- Graduate work in Accounting, Economics, Industrial Technology, Education, and Educational Psychology.  Worked as a Graduate Assistant and Instructor in Metals Technology, Engineering Drawing, and Wood Technology.

Bossier Parish Community College:
- Assorted courses for self-improvement such as Criminal Law, Criminal Justice, etc.

1

LAKE - 000245

| CURRENT EMPLOYMENT |
|---|

**Private Contractor (Prior to Retirement & Currently)**　　　　　**1995 to Present**
Services Provided:

- Expert Witness: Retained as a consultant/expert witness in Law Enforcement/Jail/Corrections Practices, Law Enforcement Training, Use of Force, Deliberate Indifference, Wrongful Death, General Police Procedures, and Graham Factors.  Retained by the United States Attorney, Louisiana POST, FBI, Private Attorneys, and the United States Department of Justice.
- Contract Instructor: I continue to teach as a Subject Matter Expert:
    - Use of Force
    - Law Enforcement Supervision
    - Instructor Development
    - Adult Learning
    - Jail & Corrections Operations
- Internal Auditor/Assessor/Consultant: At the request of Law Enforcement Agencies, Jails, and Prisons, I conduct internal assessments for compliance with applicable law, policy, and standards.
- Writer/Editor: I write and edit new lesson plans.  Revise existing lesson plans.  Work within state agencies as the final editor of legal training for law enforcement academies & officers.

| PREVIOUS EMPLOYMENT |
|---|

**Caddo Parish Sheriff's Office**　　　　　　　　　　**1985 to 2016**
**505 Travis Street**　　　　　　　　　　　　　　　　**(Retired)**
**Shreveport, La.  71101**

*Job Title*:　　　　　**Director - Regional Law Enforcement Training Academy**
*Rank:*　　　　　　　**Captain / Division Commander**
*Job Description:*　　**Totally responsible for all law enforcement training within a ten-parish region of Northwest Louisiana.**

*Duties:*

- Coordinate and develop all training for 10 parishes and 114 law enforcement agencies.
- Stay abreast of current trends and laws, conduct annual needs assessments, survey other agencies, and coordinate with other responsible parties and divisions.
- Train *new* personnel.
- Conduct in-service training for *existing* personnel.
- Respond to any *special needs*.
- Provide in-service training for all *current* personnel in response to mandated state and federal requirements.
- Correct deficiencies through training.
- Review Audio/Video/Written Reports.  Determine if force used by Officer-Deputy was Justifiable/Reasonable.  Submit written opinions stating same.

LAKE - 000246

*Previous Duties:*
1. Deputy Sheriff
2. Shift Supervisor: Responsible for all other officers & decisions on my shift.
3. Shift Commander: Responsible for all other officers, all other supervisors, and all decisions made on my shift.
4. Training Coordinator: Responsible for all training within my Division.
5. Professional Development Lieutenant: Totally responsible for all training within a Law Enforcement agency of over 900 personnel.  Additional duties of Grant Writer/Monitor.
6. Regional Academy Director

---

*MAJOR QUALIFICATIONS & CERTIFICATIONS*

- Louisiana P.O.S.T. *Senior Master* Instructor
- F.B.I. Law Enforcement Instructor
- A.C.A. *Master* Corrections Instructor
- P.O.S.T. Certified *Master* Instructor
- P.O.S.T. Certified Peace Officer
- P.O.S.T. Certified Corrections Officer
- U.S. Department of Justice Terrorism Instructor
- Former certifications in various defensive tactics, use of force, special weapons, non-lethal strategies, and alternatives & options to using force.
- Use of Force Instructor/Trainer – FLETC (Federal Law Enforcement Training Center)
- Certified Force Science Analyst

---

*CURRENT AND/OR FORMER SPECIAL ASSIGNMENTS*

➢ Senior Instructor/Trainer for Louisiana POST. Totally responsible for writing and compiling and approving all state lesson plans for use throughout Louisiana.
➢ Retained as a Special Instructor for the United States Department of Justice. Conducted specialized training in specific areas of relevance to the FBI & US Attorney, related to Use of Force and Use of Restraints.
➢ Retained as an Expert for the United States Attorney's Office - Civil Rights Division. Provided specialized instruction and needs assessments in Law Enforcement Operations, Use of Force, and Handling Mental Health Issues.
➢ Retained as an Expert for the United States Attorney's Office – Civil Rights Division. Testified before the Grand Jury over incidents of Deliberate Indifference and wrongful death.
➢ Retained as an Expert for the United States Attorney's Office – Civil Rights Division. Testified as an expert in Law Enforcement Procedures, Use of Force, and Law Enforcement Training.
➢ Special Instructor for Louisiana State University.  Provide specialized training in *Instructor Development* for a variety of Law Enforcement and public organizations.
➢ Guest Instructor for Louisiana Department of Corrections.  Provide specialized instruction in Inmate Rights, Inmate Supervision, and Emergency Procedures.
➢ Special instructor for Louisiana Department of Justice and the Louisiana State Attorney General's Office.

LAKE - 000247

➢ Vicariously responsible for the training of all law enforcement personnel in the State of Louisiana.
➢ Directly responsible for the training of approximately 10,000 law enforcement officers annually through the Regional Academy which I operated.
➢ Vicariously responsible for all law enforcement training in the State of Louisiana.

| ACHIEVEMENTS - ACCOMPLISHMENTS |
|---|

- Developed, approved, and authored hundreds of state-wide training curriculums using the adult learning methodology.
- Coordinated and supervised committees responsible for the creation and development of state approved & mandated specialized training curriculums for law enforcement and specialized public agencies.
- Developed a Regional Law Enforcement Training Academy responsible for 10 parishes and the law enforcement agencies of Northwest Louisiana.
- Developed a training program for the State Attorney General titled "A Law Enforcement Response to School Violence".
- Past President – Louisiana State Academy Directors Association.  Responsible for all state law enforcement curriculum development.
- Trained all of Louisiana's senior educators, school administrators, SWAT teams, law enforcement administrators, and firefighters in techniques to develop their own response strategies for school violence.
- Developed, trained, and implemented the nation's first full-time Emergency Response Team assigned to a jail. Teams used specifically for inmate escorts and correctional emergencies (cell entries, cell extractions, pad subduing, riot control, disturbance resolution, hostage rescue, etc.).
- Developed and implemented a Scenario Training Program for jail emergencies.
- Developed and implemented an Assessment Center selection process for promotion of law enforcement non-sworn personnel.
- Developed and implemented a Critical Incident Stress Debriefing Team.
- Developed and implemented a 40-hour training program for law enforcement supervisors.
- Recognized authority in the development of large-scale law enforcement training programs, mentoring programs, and followership programs.
- Recognized authority in curriculum development.
- Recognized authority in police use of force issues, curriculum development in police use of force, and written opinions in police and correctional use of force issues.
- Recognized authority in Correctional Law issues that are specifically related to the local jails.
- Recognized authority in local Jail Management Issues related to the state training standards and state policy guidelines.
- Recognized authority in Jail Policy Issues and requirements mandated by DOC.
- Recognized authority in Police Training Issues.
- Recognized authority in Adult Learning in Police Training.
- Recognized authority in Large-Scale Scenario Based Training for Law Enforcement.
- Recognized authority in Correctional Operations.
- Recommended for application to the F.B.I. National Academy.

LAKE - 000248

- Chairman – Louisiana's State POST Curriculum Development Committee.
- Developed the current state model for Church Violence Training and the training for Church Security Teams.
- Authored the original POST Corrections Officer Certification Course using the Adult Learning Model.
- Responsible for each subsequent revision of the POST Corrections Officer Certification Course until the date of my retirement.
- Researched and conducted all annual POST Corrections Instructor Workshops until the date of my retirement.
- Authored and Conducted all annual POST Corrections Instructor Certification Courses until the date of my retirement.
- Lead fact-finding investigator for the Department of Justice concerning juvenile institutions in Louisiana, and a needs assessment for corrective action in those facilities.

| *AWARDS* |
| --- |

1. Law Enforcement Officer of the Year (1994).
2. Outstanding Law Enforcement Officer of the Year (1994).
3. Selected by Louisiana P.O.S.T. to write & compile state training curriculum (1995).
4. Law Enforcement Officer of the Year (2000).
5. Selected by Louisiana P.O.S.T. to supervise a revision of the state's training requirements (2001).
6. Selected by Louisiana P.O.S.T. to revise the state training curriculum (2003 & 2004).
7. Selected by Louisiana P.O.S.T. to revise the state training curriculum (2009).
8. Selected by Louisiana P.O.S.T. to re-write and revise all state training (2014-2015).

| *RECENT TESTIMONY AND/OR ASSISTANCE* |
| --- |

- 2016 – Served as an expert for the FBI, DOJ, and US Attorney (5th Federal Circuit) during the investigation of the Alton Sterling Use of Force case.  No Federal charges were filed, and the case was turned over to the State AG.
- 2017-2018 – Served as the expert for LA Department of Justice (LA Atty General) in the Alton Sterling matter.  No state charges were filed on the officers involved.
- See attached Case List

| *Membership in Professional Organizations* |
| --- |

- National Sheriff's Association
- International Association of Chiefs of Police
- American Correctional Association
- American Jail Association
- AELE (Americans for Effective Law Enforcement)

| *Newsletters, Periodicals, and Legal Updates Routinely Received & Read* |
| --- |

1. "The Federal Law Enforcement Informer" - A monthly legal update published by the Federal Law Enforcement Training Center.  Displays court rulings by Federal Circuit.

5

2. "Force Science News" – A monthly legal publication produced by the Force Science Institute.
3. "The True Blue Drew Book" – An annual legal training manual produced by LA 2nd Circuit Court of Appeals Judge Harmon H. Drew.
4. "The Law Enforcement Officers Handbook" – A legal publication produced by the LA District Attorneys Association.
5. "Police Magazine" – A monthly periodical covering a variety of legal, survival, and managerial topics.
6. "The AELE Monthly Law Journal" – Produced by the Americans for Effective Law Enforcement, covering significant Federal Court cases by Federal Circuit.
7. "The AELE Law Enforcement Liability Reporter" – Published by the Americans for Effective Law Enforcement.  Generally sent monthly.  Specific to liability issues.
8. "The AELE Fire, Police, and Corrections Personnel Reporter" – Published by the Americans for Effective Law Enforcement.  Generally sent monthly.
9. "The AELE Jail and Prisoner Law Bulletin" – Published by the Americans for Effective Law Enforcement.  Generally sent monthly.  Specific to jail and prisoner issues.
10. "The Detention and Corrections Caselaw Quarterly" – Published quarterly by CRS, Inc.  Addresses some of the latest caselaw concerning legal, ethical, management, and training issues, for jails, detention facilities, and prisons.
11. Daigle Law Group Newsletter – A monthly publication produced by Attorney Eric P. Daigle.  Addresses the latest issues related to Supreme Court decisions, training matters, Search & Seizure, and other law enforcement risk management topics.
12. "AJAlert" – Produced by the American Jail Association, the Alert publication addresses topics specific to jails, jail training, jail management, and inmate population management.
13. "IACP LEAD" – Produced daily by the IACP, the LEAD is an electronic newsletter designed to brief the law enforcement commander on law enforcement matters across the nation.  It includes legal updates, use of force matters, opinions, and other command-level management issues.

6

LAKE - 000250

# Capt. Kenny M. Sanders
## *Case List / Sworn Testimony*

**Nicholas Conners v. James Pohlman, et al (January 2015), 2:15-CV-00101-CJB-JCW**
United States District Court – Eastern District (Louisiana)
Deposition (Prosecution)

**US v. Eric Parker (October 2015), 5:15-CV-00253**
United States District Court – Northeastern Division (Alabama)
Trial (Prosecution)

**Jason Walker v. Caddo Parish Sheriff's Office, et al (June 2016), 5:15-CV-02067**
United States District Court – Western District (Louisiana)
Deposition (Defense)

**Cassius Gay v. City of Bossier City (December 2016), 5:16-cv-00635**
United States District Court – Western District of Louisiana, Shreveport Division
Report (Defense)

**Edward Brown v. Wilkinson County Sheriff Department (February 2017), 5:16-CV-00124-KS-MTP**
United States District Court – Southern District (Mississippi)
Opinion/Report/Deposition (Plaintiff)

**Lara J. White v. LaSalle Corrections, Inc., Richwood Correctional Center, LLC, Warden Ray Hanson, Lt. Gerald Hardwell, Capt. Roderick Douglas, Correction Officer Danielle Walker and the City of Monroe (2017), #16-1405**
United States District Court – Western District of Louisiana
Opinion/Report (Plaintiff)

**James Franklin v. Chief J. Smith, B. Klonowski, T. Priest, F. Chirillo, R. Pongracz, K. Czopek, M. Flynn, and D. Grondin (May 2017), 2:17-cv-11572-AJT-EAS**
United States District Court – Eastern District of Michigan
Opinion/Report (Plaintiff)

**Hope Jones McGallion v. Jennifer Englade, Rechelle Hotard, St. John the Baptist Sheriff's Office ET AL (July 2018) NO: 77,857; 77,858; 77,859; 78,386; 78,417**
29th Judicial District Court for the Parish of St. Charles, State of Louisiana
Opinion/Report (Plaintiff)

**US v. Andre Dominick, et al (November 2018), 15-289 "N"**
United States District Court – Eastern District (Louisiana)
Trial (Prosecution)

LAKE - 000251

**Andrew Whalen v. Wolverine Human Services d/b/a Wolverine Secure Treatment Center (November 2018), 17-033-196-no-2**
State of Michigan in the Circuit Court for the County of Saginaw
Opinion/Report (Plaintiff)

**Teresa Sabbie v. Southwestern Correctional, LLC d/b/a LaSalle Corrections, LLC and LaSalle Southwest Corrections (December 2018), No. 5:17-cv-113**
United States District Court – Eastern District of Texas
Opinion/Report/Deposition (Plaintiff)

**Erie Moore, Jr. ET AL. v. LaSalle Corrections, Inc., ET AL. (December 2018) No. 3:16-CV-01007**
United States District Court – Western District of Louisiana
Opinion/Report/Deposition (Plaintiff)

**Kimberly Clark v. City of Center Line, Officer Andrew Percha, and Detective Michael Gerald (December 2018), No. 18-cv-11673-RHC-APP**
United States District Court – Eastern District of Michigan
Opinion/Report/Deposition (Plaintiff)

**Joshua Simpson v. City of Dearborn, and Police Sergeant Vincent Bellioli (October 2018), No. 3:18-cv-13156-RHC-RSW**
United States District Court – Eastern District of Michigan
Opinion/Report/Deposition (Plaintiff)

**Joanne Grafton, ET AL. v. Ken Bailey, ET AL. (May 2018), 5:13-cv-02940-SMH-MLH**
United States District Court – Western District of Louisiana, Shreveport Division
Opinion/Report (Defense)

**Dequita Burks, Personal Representative of the Estate of Rodriquez Burks, Deceases, Plaintiff, vs. Corrections Officer Lewis Eiseman, Corrections Officer Donald Peer, Corrections Officer Gregory Exelby; Prison Counselor Karen Prunick (May 2019), Case 2:18-cv-00075-GJQ-MV**
United States District Court – Western District of Michigan
Opinion/Report (Plaintiff)

**State of Mississippi v. Brian Keith Cooper (October 2019)**
**Circuit Court of Rankin County, Mississippi**
**Cause #29384(E)**
Opinion/Report/Trial (Defense)

**Marc V. Barrera v. City of Mount Pleasant, Isabella County, Mt. Pleasant Police Officers Carey Murch and Jeff Thompson, and Isabella County Corrections Officers Jacob Eggers and Christopher Cluley (June 2019), Case 2:19-cv-11807-BAF-SDD**
United States District Court – Eastern District of Michigan

LAKE - 000252

Opinion/Report (Plaintiff)

**Ray Carpenter, Jr. v. CCA of Tennessee, LLC, CoreCivic of Tennessee (April 2019), Case 4:19-cv-00016-BMM**
United States District Court – District of Montana, Great Falls Division
Consultant (Plaintiff)

**Dedrick Green v. West Express Quick Stop, Inc (January 2020), Case 25CI1:15-cv-00608-JAW**
Circuit Court of Hinds County, Mississippi – 1st Judicial District
Consultant (Plaintiff)

**Mallory Addington & Landon Addington v. Bayou Dorcheat Correctional Center (January 2020), Case 5:18-cv-01116-EEF-MLH**
United States District Court - Western District of Louisiana
Opinion/Report (Defense)

**William Scott Jones v. Southwestern Correctional, LLC d/b/a LaSalle Corrections, LLC and LaSalle Southwest Corrections; LaSalle Management Company; Bowie County, Texas; City of Texarkana, Texas; Jay Eason, Individually; Michelle Arnold, Individually; Joni Slimak-McFaul, Individually; Markesha Jones, Individually; Jane Does #1-10; and John Does #1-10 Defendants (June 2020), Case 5:19-cv-00104**
United States District Court – Eastern District of Texas, Texarkana Division
Opinion/Report (Plaintiff)

*Note: This Case List does not include any sworn testimony or opinions provided as part of the scope of my employment during a 30-year law enforcement career.  While I functioned as the State and Departmental expert in Procedures, Training, and Use of Force, I maintained no records of depositions and court appearances.  This list does not include testimony or reports provided as a CASA volunteer for the Juvenile Courts.*

LAKE - 000253

# Fee Schedule 2020

| *Service* | *Explanation* | *Fee* |
|---|---|---|
| **Retainer** | Non-reimbursable.  Will not be deducted from your first invoice. | $500.00 |
| **Instructor** *(Courses Listed)* Use of Force, Instructor Development, Mentoring Program Development, Law Enforcement Supervision, Field Training Program Development, Reviewing Use of Force Reports. | Fees are for classroom instruction only.  All other costs of materials, rooms, and equipment are the responsibility of the host/sponsor. | $1,400 per day plus expenses. Distance traveled and pre-course curriculum development will determine minimum days to be paid.  Usually 3-day minimum. |
| **Needs Assessments** To determine training problems vs. supervision problems, and develop solutions following mandates and consent decrees by the courts. Includes on-site visits and on-sites interviews. | Fees are for on-site interviews, work studies, written summaries of results & findings, and a final verbal presentation(s) to Command Staff if desired. | $800 per day plus expenses.  Usually 3 days in the field, and at least 2-day summary preparation, plus a final presentation is desired. |
| **Course Development** Research and writing course designs for use at your discretion by your staff. | Fees are for researching material, custom curriculum design in the Adult Learning Model, Presentation to Command Staff, Train-the-Trainer, and final surrender of material to your agency. | $800 per day plus expenses.  A 1-hour course will generally require eight hours of research and writing.  Final costs should be initially calculated using that formula, plus time for train-the-trainer courses at your facility, and travel days. |
| **Case Review** Review the complaint and submit a confidential document back to you. | Fees are for researching materials, and submitting proposed list for discovery back to you. | $175 per hour. |

- *"Per Day" rates are understood to be calculated using an eight-hour work day.  When less than 8 hours are worked, fees are prorated.  I don't usually prorate for hours worked in excess of 8 hours, unless my fee is stated as an hourly rate in this schedule.*
- *Invoices are normally sent monthly, or upon request.*
- *Invoices are due upon receipt & past due after 30 days.*
- *Payment of my initial retainer is understood to be your agreement to these terms.*

10

| Service | Explanation | Fee |
|---|---|---|
| **Use of Force, Deliberate Indifference, Failure to Train, Wrongful Death & All Other Reports & Opinions**<br>Verbal Consult Only | Fee is for reviewing documents, reviewing videos, reviewing policy, and providing <u>verbal</u> opinions.  Does <u>not</u> include a written opinion, extensive travel, or appearing at depositions. | $1,400 per day.<br>Usually requires 3 days or less, depending on the complexity of the case. |
| **Use of Force, Deliberate Indifference, Failure to Train, Wrongful Death & All Other Reports & Opinions**<br>Written Opinions | Fee is for reviewing documents, reviewing videos, <u>and</u> providing <u>written</u> opinions.  May require a site visit, and access to training records and other documents.  May include appearance at some depositions, but not court appearances. | $1,400 per 8-hour day plus all expenses.  3-day minimum.  All <u>other</u> written opinions are billed for actual hours used, and usually require at least three days. |
| **Other Opinions, Etc.**<br><u>Consult with Counsel, Testimony At Depositions, Court Appearances, and Other Courtroom Testimony</u> | Fee is for reviewing documents, reviewing videos, <u>and providing other written opinions</u>.  May require a site visit, and access to reports, training records and other documents.  Includes appearance at depositions, and court appearances. | $1,400 per 8-hour day plus all expenses.  Usually a three-day minimum, but varies based upon complexity of the case and travel time.  Depositions are $1,400 for (4) hrs.  Each additional hour is $450. |
| **Grand Jury Testimony**<br>Consult with Counsel, Grand Jury Appearance, Testimony to Grand Jury | Fee is for reviewing documents, reviewing videos, <u>and</u> providing testimony in Civil & Criminal Cases before a Grand Jury.  May require a site visit, and access to reports, training records and other documents.  Does not include appearances at any other trial courts. | $1,400 per day plus all expenses.  Fee calculated based upon actual days traveled, actual days of preparation, and one day with Grand Jury. |
| **Courtroom Testimony** | Fee is for continuous appearance on-site during trial.  Includes any testimony and consult with counsel during trial. | $1,400 per day <u>during</u> trial; $1,000 per <u>travel day</u>; Plus all expenses.  Does not include pre-trial preparation where needed. |

LAKE - 000255

# JENNIFER L. CROWLEY BSN, RN, CLCP, CADDCT, CDP, CMC

**PROFILE**

Registered Nurse with over 28 years of experience including professional care management, critical care, long-term care planning, worker's compensation, geriatric consulting, and as a nurse assessor and medical service consultant. Jennifer has achieved multiple certifications including accreditation as a Certified Life Care Planner and Certified Care Manager. She is a Life Care Professional serving private, personal and government entities with diverse needs.

Experience includes deposition and trial testimony as a long-term care planning expert. She is a Certified Dementia Practitioner and Alzheimer's Disease and Dementia Care Trainer, providing valuable training for professionals, caregivers, and community partners. Jennifer is a published author and speaker, having presented at many national conferences. She is author of 7 Steps to Long-Term Care Planning, a guidebook for designing a road map for aging.  She is co-author of The Life Care Management Handbook and co-founder of The Life Care Management Institute.

**EXPERIENCE**

July 2019-Present

**LCM Partners, LLC DBA Life Care Management Institute**
Co-founder/Owner
Columbus, Ohio

May 2006-Present:

**Eagleview Consulting, LLC DBA Eagleview West**
**Eagleview West Life Care Planning**
Owner/Operating Manager
Kalispell, Montana
Care Management & Consulting

June 1999-Aug 2014:

**Kalispell Regional Medical Center**
Kalispell, Montana
Intensive Care Unit, Charge Nurse for over 10 years
Case Manager Discharge Planner RN for 3 years, providing discharge planning, insurance review, coordination of care, status determination based on utilization standards and compliance regulations.

Feb. - May 1999:

**Preferred Mobile Nurses**
Greeley, Colorado
Travel Nurse Assignment: Benefis Hospital, Great Falls, Montana. Clinical Support Nurse, with specialization in the critical care and progressive care units.

July 1998-Feb. 1999:

**Davis-Smith, Inc.**
Southfield, Michigan
Independent Contractor at Blue Care Network of Southeastern Michigan providing utilization & medical review for this HMO division of Blue Cross Blue Shield of SE Michigan

Jan 1997-1998

**United States Peace Corps**
Papua New Guinea, South Pacific Asia
Rural Community Development Facilitator

Page 1

LAKE - 000256

| April 1996-Dec 1996 | **Detroit Medical Center** |
|---|---|
| | Gershenson Radiation Oncology Center, Detroit, Michigan |
| | Radiation Oncology/Gamma Knife Nurse |

| Aug 1995-Apr 1996 | **Harper Hospital** |
|---|---|
| | Surgical Intensive Care Unit, Staff Nurse |

| July 1993-Aug 1995 | **Garden City Osteopathic Hospital** |
|---|---|
| | Garden City, Michigan; Specialty Care Unit, Staff Nurse |

**EDUCATION**

**Ohio State University**
Columbus, Ohio
June 1993
Bachelor of Science in Nursing

**Kaplan University**
January 2009
Life Care Planning

**University of Florida**
June 2012
Medicare Set-Aside Consultant

**CERTIFICATIONS**

Certified Life Care Planner (CLCP)
Certified Dementia Practitioner (CDP)
Certified Alzheimer's Disease & Dementia Care Trainer (CADDCT)
Certified Care Manager (CMC)

**PROFESSIONAL AFFILIATIONS & MEMBERSHIPS**

International Academy of Life Care Planners (IALCP)
International Association of Rehabilitation Professionals (IARP)
Health Care Transitions Coalition, professional group, Kalispell, MT
Kalispell Chamber of Commerce, Kalispell, MT
Montana Gerontology Society, Statewide
Alzheimer's Disease & Related Dementias Work Group, Montana
National Council of Certified Dementia Practitioners (NCCDP)
Aging Life Care Association (ALCA)
National Academy of Certified Care Managers (NACCM)
Professional Advisory Committee, Frontier Hospice, Kalispell, MT

**Publications**

Crowley, J. (2015, January) Housing Considerations for Dementia. *Montana 55: Annual Housing Guide*. 28-29.
Crowley, J. (2013, October/November). The Journey to Successful Aging with Dementia. *Montana Senior News*, *30*(1), 8.
Crowley, J. (2017). *7 Steps to Long Term Care Planning*. Scott Company.
Crowley, J. (2018). Predicting long-term care: Determinants of probability. *Journal of Life Care Planning, International Association of Rehabilitation Professionals*. 16(3), 29-33.
Crowley, J. & Huber, S. (2021). *The Life Care Management Handbook.* (Pat Iyer Group, Ed.). Author Academy Elite.

Page 2

**14 3rd Street East, Suite 220, Kalispell, Montana 59901**
**Phone (406)752-5821   Mobile (406) 212-0620   Fax (406) 752-8511**
**Email: EagleviewWestltc1@gmail.com    www.EagleviewWest.com**

LAKE - 000257

Crowley, J. (2021, August/September). Medical Cannabis: Implications for the Care Manager; Part 1: Important Considerations for Health and Safety. *Care Management, Journal of the Commission for Case Manager Certification*, *27*(4), 11-14.

Crowley, J. (2021, October/November). Medical Cannabis: Ethical and legal implications for the care manager. *Care Management, Journal of the Commission for Case Manager Certification*, *27*(5), 20-24.


## Speaking Engagements & Presentations

Geriatric Mental Health Annual Conference, October 2014, Kalispell, MT: Alternative Therapies to Support Mental Health in the Aging Population.

Personal Touch Home Health Caregiver Staff Training, December 2014, Kalispell, MT: Dementia Basics

Montana Governor's Conference on Aging & Montana Gerontology Society Annual Conference, May 2015, Helena, MT: Designing a Roadmap for Aging with Alzheimer's.

International Symposium on Life Care Planning, September 2015, Scottsdale, AZ: LCP    Methodology & Application in Elder Care Management.

Montana Gerontology Society Annual Conference, April 2016, Billings, MT: 7 Steps to Long-Term Care Planning.

The Springs of Whitefish, Winter Educations Series, March 23, 2017, Whitefish, MT: Communication Changes with Dementia: Strategies for Improvement

Area Agency on Aging Council Meeting, April 13, 2017: Alzheimer's Update

Immanuel Lutheran Communities, The Retreat, April 21, 2017: Financial Considerations for Long Term Care Planning, Expert Panel

Winter Education Series, April 27, 2017, Whitefish, MT: When Moving Makes Sense-Planning for a Transition.

National Council of Certified Dementia Practitioners (NCCDP) Alzheimer's Disease & Dementia Care Seminar, ongoing training and continuing education, multiple locations throughout MT. 2017 Dates: January 21, March 4, May 6: Whitefish, MT; January 31: Kalispell, MT; May 24: Libby, MT. 2018 Dates: April 13: Kalispell, MT; May 17 & 18: Plains, MT; June 26: Browning, MT.

A Plus Home Care, Staff In-service, April 28, 2017, Kalispell, MT: Understanding Dementia & Communication Changes with Dementia, How to Improve Interaction.

The Springs of Whitefish, Spring Education Series, May 25, 2017, Whitefish, MT: Meaningful Activities with Dementia: Strategies for Interaction.

International Association of Rehabilitation Professionals (IARP) 2017 annual conference, October 13, 2017, St. Louis, Missouri: 7 Steps to Long Term Care Planning: Designing a Road Map for Aging.

Flathead County Imagine IF staff education, October 20, 2017, Kalispell, MT: Aging Topics: Dementia

University of Montana Family Medical Residency didactic session, November 22, 2017, Missoula, MT: Advance Care Planning: Crucial Conversations & Patient Engagement.

Montana Gerontology Society 36th Annual Conference. April 27, 2018, Bozeman, MT: 7 Steps to Long Term Care Planning: Redefining the Aging Life Care Plan.

Alzheimer's Association community lecture. February 6, 2019, Whitefish, MT. Dementia Basics.

Aging Life Care Association annual conference, April 3-6, 2019, Scottsdale, AZ: Designing a Road Map for Aging: Crucial Conversations & Inherent Challenges

American Society on Aging, Aging in America annual conference, April 15-19, 2019, New Orleans, LA: Seven Steps to Long-Term Care Planning: Guiding Principles for Creating A Road Map for Aging.

NCCDP Alzheimer's Disease & Dementia Care Seminar, 2019 dates: May 30 & September 13th, Missoula, MT.

Certified Senior Advisor (CSA) Annual Conference, August 29, 2019; Portland, Oregon: Assisting Clients to Focus on their Future Self

NCCP Alzheimer's Disease & Dementia Care Seminar, 2020 dates: February 7th, Kalispell, MT

"Care Management: Protecting our Clients and Business in Times of Uncertainty;" live/recorded webinar. Co-host: The Life Care Management Institute

"Honest Conversations on Race: Panel Discussion;" live/recorded webinar. Co-host: The Life Care Management Institute, June 18, 2020

"Diversify for Business Sustainability" live/recorded webinar, with The Life Care Management Institute, June 22, 2021. Host: Aging Life Care Association.

"Learn-Create-Manage: A Proven Methodology for starting or growing a care management practice." Pre-conference Intensive, WRC ALCA Annual Conference, Renton, WA, with The Life Care Management Institute, Sept. 23, 2021. Host: Western Region Chapter, Aging Life Care Association.

Medical Cannabis: Implications for the Care Manager. ACNA Annual Conference, Albuquerque, New Mexico, October 19th, 2021. Host: American Cannabis Nurse Association.

Top 10 Chronic Health Conditions. ALCA Annual Conference, Orlando, Florida, April 7, 2022. Host: Aging Life Care Association.

*Deposition/Trial Testimony experience available upon request*

Page 3

**14 3rd Street East, Suite 220, Kalispell, Montana 59901**
**Phone (406)752-5821    Mobile (406) 212-0620    Fax (406) 752-8511**
**Email: EagleviewWestltc1@gmail.com    www.EagleviewWest.com**

LAKE - 000258

2020 Fee Schedule
Professional Services
Eagleview Consulting, LLC DBA Eagleview West
Jennifer L. Crowley BSN, RN, CLCP, CADDCT, CDP, CMC

## Life Care Planning, Expert Testimony & Case Consultation
$200.00/hour {up to $350.00/hour for rush cases <60 days}
- Review of pertinent records with chronology development
- Research & Data Analysis
- Interview 4-10 hrs. (Face to Face Assessment or telephonic)
- Collaboration with health care team
- Life Care Plan Completion or Review of Life Care Plans
- Life Care Plan Education & Presentation
- Adjustments & Modifications to Life Care Plan
- Other expert reports & evaluations

## Expert Witness/Testimony
| | |
|---|---|
| File Review/Prep | $350.00/hr. |
| Deposition | $400.00/hr. |
| Testimony, in court | $450.00/hr. |
| Minimum Charge, Deposition | 3 hours |
| Minimum Charge, Testimony/Trial | 4 hours |
| Cancellation Fee, Deposition/Trial | ½ rate, minimum charge |

## Retainer Fee                              $1,500.00
Non-refundable

## Travel
| | |
|---|---|
| Portal-to-portal | $0.58/ mile or current federal rate for business mileage + $100.00/hr. |
| Airlines/Accommodations | per case |
| Meals/snacks, greater than 5 hours | $15.00/per meal |
| Rental Vehicle/transportation fees | per case |
| Parking/valet | per case |

**Other**:                              per case
Includes, but not limited to, photocopies,
telephone calls, lab/testing, demonstrative aids, postal/courier fees, journal fees

14 3rd Street East, Suite 220
Kalispell, Montana 59901
Eagleviewwestltc1@gmail.com Ph. 406-752-5821 Cell. 406-212-0620 Fax 406-752-8511
www.EagleviewWest.com
LAKE - 000259