# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NATHANIEL LAKE,<br><br>               Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., d/b/a CROSSROADS CORRECTIONAL CENTER; WARDEN PAT MCTIGHE; and DOES 1-10,<br><br>               Defendants. | **CV-21-116-GF-BMM**<br><br>**ORDER** |

## INTRODUCTION

Defendants CoreCivic, Inc., d/b/a Crossroads Correctional Center, Warden Pat McTighe, and Does 1-10 (collectively "Defendants") have moved for summary judgment and discovery sanctions against Plaintiff Nathaniel Lake ("Lake"). (Doc. 22.) Defendants filed their brief in support of the motion and a Statement of Undisputed Facts on December 16, 2022. (Doc. 23; Doc. 24.) Lake failed to file a timely Response. Defendants filed a Reply on January 9, 2023. (Doc. 25.) Lake has yet to respond to the summary judgment motion or to file a Statement of Disputed Facts.

The Court conducted a telephonic status conference at the Missouri River federal courthouse in Great Falls, Montana, on April 12, 2023. (Doc. 32.) Lake's counsel, Melinda Driscoll, represented during the status conference that attorney Timothy Bechtold was prepared to enter his appearance as counsel for Lake.

## ORDER

Accordingly, **IT IS ORDERED:**

1. Timothy Bechtold shall enter his appearance as counsel for Lake on or before April 28, 2023 at 5:00 P.M.

2. Melinda Driscoll may, but is not required to, withdraw as counsel for Lake should Bechtold enter his appearance in the action.

3. The Court will permit Bechtold to submit a Response to Defendants' Motion for Summary Judgment should Bechtold enter his appearance. The Response will be due on or before May 10, 2023, at 5:00 P.M.

4. The Court will decide Defendants' Motion for Summary Judgment on the papers should Mr. Bechtold not enter his appearance.

DATED this 19th day of April, 2023.

_____
Brian Morris, Chief District Judge
United States District Court