IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NATHANIEL LAKE,<br><br>    Plaintiff,<br><br>v.<br><br>CORECIVIC, LLC, d/b/a CROSSROADS CORRECTIONAL CENTER; WARDEN PAT MCTIGHE; and DOES 1-10<br><br>    Defendants. | Case No. 4:21-CV-00116-BMM<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND CURRENT DEADLINES** |

    Upon the unopposed Motion of Defendants, CoreCivic, Inc. and Warden McTighe, and with good cause appearing therefore;

    IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Extend Current Deadlines in GRANTED. The remaining deadlines in the May 13, 2024 Scheduled Order (Doc. 55) are vacated and the following schedule shall govern further proceedings.

    Discovery shall close on November 7, 2024.

All pretrial motions, other than discovery motions, shall be filed and fully briefed on or before January 6, 2025.

Attorney conference to discuss preparation of final pretrial order on or before March 20, 2025.

Proposed final pretrial order on April 3, 2025. Final Pretrial Conference on April 9, 2025 at 1:30 p.m. Trial briefs; Proposed jury instructions; Notice to Court Reporter Intent to Use Real-Time; and Notice to I.T. of Intent to Use Electronic Exhibits or Videoconferencing due on April 14, 2024. Jury Trial shall commence on April 21, 2025 at 9:00 a.m., Federal Courthouse, Great Falls, MT.

DATED this 1st August, 2024.

_____
Brian Morris, Chief District Judge
United State District Court