IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NATHANIEL LAKE,<br><br>  Plaintiff,<br><br>v.<br><br>CORECIVIC, INC. d/b/a CROSSROADS CORRECTIONAL CENTER,<br><br>  Defendant. | No. 4:21-CV-00116-BMM<br><br>VERDICT FORM |

We, the jury in the above-entitled case, upon our oaths, enter our verdict as follows:

**Question 1**: Do you find that Nathaniel Lake has proved by a preponderance of the evidence each of the elements necessary to establish his claim of failure to protect under the Eighth Amendment?

**Answer**:    Yes __X__    No_____

Please proceed to Question 2.

**Question 2**: Do you find that Nathaniel Lake has proved by a preponderance of the evidence each of the elements necessary to establish his claim for negligence against CoreCivic?

**Answer**:  Yes_____   No_____

If your responses to both Question 1 and Question 2 are "No," please sign, date, and return this form. If your response to Question 1 is "Yes," please proceed to Question 5. If your response to Question 1 is "No," and Question 2 is "Yes," please proceed to Question 3.

**Question 3**: Do you find that CoreCivic has proved by a preponderance of evidence each of the elements necessary to establish its claim that Nathaniel Lake was negligent?

**Answer**:  Yes_____   No_____

If your response to Question 3 is "Yes," please proceed to Question 4. If your response to Question 4 is "No," please proceed to Question 5.

**Question 4**: Out of 100%, what percentage of liability do you apportion to the parties:

Answer:   Nathaniel Lake: ____%   CoreCivic: ____%

Please proceed to Question 5.

**Question 5**: What amount of damages, if any, would reasonably compensate Nathaniel Lake?

**Answer**:   $___27,750,000_____

Dated this __24__ day of April, 2025.

<span style="color:red">Foreperson signature redacted. Original document filed under seal.</span>

Jury Foreperson