UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NATHANIEL LAKE,<br><br>              Plaintiff,<br><br>vs.<br><br>CORECIVIC, INC. d/b/a<br>CROSSROADS CORRECTIONAL<br>CENTER,<br><br>              Defendant. | Case No. CV-21-116-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED In accordance with the Verdict Form rendered on April 24, 2025, Document Number 101, Judgment is entered as follows: Question 1: Do you find that Nathaniel Lake has proven by a preponderance of the evidence each of the elements necessary to establish his claim of failure to protect under the Eight Amendment? YES. Question 5: What amount of damages, if any, would reasonably compensate Nathaniel Lake? $27,750,000.

      Dated this 24th day of April, 2025

                                        TYLER P. GILMAN, CLERK


                            By:   /s/ Athena Cobb
                                     Deputy Clerk